UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:16-cr-0018 WTL-CMM |
| ANDREW N. ROGERS, | ) |
| Defendant. | ) |

INDICTMENT

(First Degree Premeditated Murder)
(18 U.S.C. § 1111)

The Grand Jury charges that:

On or about December 26, 2013, in the Southern District of Indiana, Terre Haute Division, ANDREW N. ROGERS, the defendant herein, at the Federal Correctional Complex, Terre Haute, Indiana, a place within the special maritime and territorial jurisdiction of the United States, did unlawfully, willfully, deliberately, maliciously, and with premeditation and malice aforethought, kill Thomas W. Sim, in violation of Title 18, United States Code, Section 1111.

## NOTICE OF SPECIAL FINDINGS – ANDREW N. ROGERS

The allegations in this Indictment are hereby re-alleged and incorporated herein by reference as if fully set forth.

The Grand Jury further finds:

Pursuant to the provisions of Title 18, United States Code, Sections 3591 and 3592, the following factors exist regarding defendant ANDREW N. ROGERS' commission of the offense charged in the indictment:

### A. Statutory Factors Enumerated Under Title 18 United States Code Section 3591

1. ANDREW N. ROGERS was 18 years of age or older at the time he committed the offense in the indictment. [18 U.S.C. §3591(a)];

2. ANDREW N. ROGERS intentionally killed Thomas W. Sim. [18 U.S.C. §3591(a)(2)(A)];

3. ANDREW N. ROGERS intentionally inflicted serious bodily injury that resulted in the death of Thomas W. Sim. [18 U.S.C. §3591(a)(2)(B)];

4. ANDREW N. ROGERS intentionally participated in an act, contemplating that the life of Thomas W. Sim be taken or intending that lethal force be used in connection with a person, other than one of the participants in the offense, namely Thomas W. Sim, and that Thomas W. Sim died as a direct result of the act. [18 U.S.C. §3591(a)(2)(C)];

5. ANDREW N. ROGERS intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, namely Thomas W. Sim, such that participation in the act constituted a reckless disregard for human life and that Thomas W. Sim died as a direct result of the act. [18 U.S.C. §3591(a)(2)(D)];

**B. Statutory Factors Enumerated Under Title 18 United States Code Section 3592(c)**

1. ANDREW N. ROGERS has previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than 1 year, involving the use or attempted or threatened use of a firearm against another person. [18 U.S.C. §3592(c)(2)];

2. ANDREW N. ROGERS committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to Thomas W. Sim. [18 U.S.C. §3592(c)(6)];

3. ANDREW N. ROGERS committed the offense after substantial planning and premeditation to cause the death of Thomas W. Sim. [18 U.S.C. §3592(c)(9)]

A TRUE BILL:

JOSH J. MINKLER
United States Attorney

By: _____
Barry D. Glickman
Assistant United States Attorney