UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                          )<br>      Plaintiff, )<br>                                          )<br>        v.                        )  2:16-cr-00018-WTL-CMM<br>                                          )<br>ANDREW N. ROGERS, )<br>                                          )<br>      Defendant. ) | |

NOTICE OF INTENT TO SEEK DEATH PENALTY

Comes now the United States of America, by Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Barry D. Glickman, Assistant United States Attorney, and pursuant to Title 18, United States Code, Section 3593(a), notifies the Court and the defendant, Andrew N. Rogers, that in the event the defendant is convicted of premeditated murder as charged in the Indictment, the United States believes that the circumstances of the offense are such that a sentence of death is justified and the United States will seek a sentence of death.

The United States proposes to prove the following factors as justifying a sentence of death.

**A. Statutory Factors Enumerated Under Title 18, United States Code, Section 3591**

1.    ANDREW N. ROGERS was 18 years of age or older at the time he committed the offense in the indictment. [18 U.S.C. §3591(a)];

2.    ANDREW N. ROGERS intentionally killed Thomas W. Sim. [18 U.S.C. §3591(a)(2)(A)];

3.     ANDREW N. ROGERS intentionally inflicted serious bodily injury that resulted in the death of Thomas W. Sim. [18 U.S.C. §3591(a)(2)(B)];

4.     ANDREW N. ROGERS intentionally participated in an act, contemplating that the life of Thomas W. Sim be taken or intending that lethal force be used in connection with a person, other than one of the participants in the offense, namely Thomas W. Sim, and that Thomas W. Sim died as a direct result of the act. [18 U.S.C. §3591(a)(2)(C)];

5.     ANDREW N. ROGERS intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, namely Thomas W. Sim, such that participation in the act constituted a reckless disregard for human life and that Thomas W. Sim died as a direct result of the act. [18 U.S.C. §3591(a)(2)(D)];

**B. Statutory Factors Enumerated Under Title 18, United States Code, Section 3592(c)**

1.     ANDREW N. ROGERS has previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than 1 year, involving the use or attempted or threatened use of a firearm against another person. [18 U.S.C. §3592(c)(2)];

2.     ANDREW N. ROGERS committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to Thomas W. Sim. [18 U.S.C. §3592(c)(6)];

3.     ANDREW N. ROGERS committed the offense after substantial planning and premeditation to cause the death of Thomas W. Sim. [18 U.S.C. §3592(c)(9)

**C.  Other Factors Pursuant to Title 18, United States Code, Sections 3592(c) and 3593(a)(2)**

1.      Future Dangerousness: ANDREW N. ROGERS is likely to commit criminal acts of violence in the future that would constitute a continuing and serious threat to the lives and safety of others, as evidenced by his pattern of criminal behavior, his record of institutional misconduct, his issuance of threats to kill others, his low rehabilitative potential, and his lack of remorse for murdering Thomas W. Sim.

                              Respectfully submitted,

                              JOSH J. MINKLER
                              United States Attorney

                        By:  s/ Barry D. Glickman
                              Barry D. Glickman
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2016, a copy of the foregoing Notice of Intent to Seek Death Penalty was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    Monica Foster
    Monica_Foster@fd.org

    Gwendolyn M. Beitz
    Gwendolyn_Beitz@fd.org

                                s/ Barry D. Glickman
                                Barry D. Glickman
                                Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204
Telephone: 317-226-6333