# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:16-cr-0018-WTL-CMM |
| ANDREW N. ROGERS, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER ON MOTION FOR PROTECTIVE ORDER

This matter is before the Court upon Defendant's Motion for Protective Order, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

Absent further order of this Court, the Bureau of Prisons is prohibited from providing to federal prosecutors or investigators the originals and/or copies of any information relating to mental health evaluations of Mr. Rogers conducted after November 3, 2014. The Bureau of Prisons is ordered not to place any such materials in Mr. Rogers "central inmate file."

The Bureau of Prisons is further ordered not to disclose the existence of any such information regarding mental health evaluations of Mr. Rogers to federal prosecutors or investigators.

Dated: _____   _____
HON. WILLIAM T. LAWRENCE
DISTRICT JUDGE

Distribution to all registered counsel by electronic notification via CM/ECF