

Exhibit 1

G000848--