

Exhibit 2

G000850--