ANDREW ROGERS # 18414-026
U.S.P. TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN. 47808



P. KEVIN CARWILE
CHIEF, CAPITAL CASE SECTION, CRIMINAL DIVISION
UNITED STATES DEPARTMENT OF INJUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530-0001



G000475--

SO WHAT'S TAKING YOU DICKSMOKER'S SO LONG TO MAKE UP YOUR FUCKING MINDS? I DON'T REALLY GIVE A SHIT WHAT YOU DECIDE. I'M READY TO DIE AND IF YOU DON'T KILL ME, WELL THEN I'LL JUST HAVE TO GET READY TO KILL AGAIN. I WANT TO GET A PIGGIE NEXT TIME LIKE YOU. IS THAT WHAT THE P. STANDS FOR IN YOUR NAME? OR PUSSY? I'D LOVE TO MAKE YOU SUCK MY COCK WHILE YOU CRY AND BEG ME NOT TO KILL YOU, BUT I STILL WOULD CAUSE I DESPISE YOU AND YOUR FUCKING SYSTEM. LATER YA BITCH!

Ⓐ

AK

9/10/15