# EXHIBIT LIST

**EXHIBITS**                                                            **Page No.**

Exhibit A – Order Denying Defendant's Motion to Declare the FDPA Unconstitutional Because it Operates in a Constitutionally Arbitrary and Capricious Manner
*United States v. Ciancia*, No. 13-cr-902, Doc. 141 (C.D. Cal. May 15, 2015) .......................... A1

Exhibit B – Opinion and Order
*United States v. Briseno*, No. 11-cr-77, Doc. 1313 (N.D. In. January 12, 2015) ....................... B1

Exhibit C – Memorandum and Order
*United States v. Cramer and Fackrell*, No. 16-cr-26, Doc. 315 (E.D. Tex. Jan. 12, 2018) ....... C1

Exhibit D – Order Denying Defendant's Motion to Preclude the Death Penalty as Cruel and Unusual Punishment
*United States v. Ciancia*, No. 13-cr-902, Doc. 140 (C.D. Cal. May 14, 2015) .......................... D1

Exhibit E – Order Denying Defendant's Motion to Prohibit the Government from Removing Jurors for Cause Based Upon Their Views on the Death Penalty
*United States v. Ciancia*, No. 13-cr-902, Doc. 233 (C.D. Cal. Sept. 9, 2015) ............................E1

Exhibit F – Memorandum Opinion and Order
*United States v. McCluskey*, No. 10-cr-2734, Doc. 746 (D.N.M. Nov. 30, 2012) ......................F1

Exhibit G – Memorandum Opinion and Order
*United States v. McCluskey*, No. 10-cr-2734, Doc. 687 (D.N.M. Sept. 24, 2012) ..................... G1