UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:16-cr-0018-WTL-CMM |
| | ) | |
| ANDREW N. ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENSE STATUS REPORT

Comes now, Andrew Rogers, by undersigned counsel, and notifies the Court concerning the status of depositions ordered on March 16, 2018.

1. On January 11, 2019, Dr. Steven Eckert's deposition was taken in Indianapolis. A copy of that deposition is attached as Exhibit 1. A copy of the video of that deposition will be delivered to the Court later today.

2. On January 22, 2019, James Warden's deposition was taken in Indianapolis. A copy of that deposition is attached as Exhibit 2. There is no video of that deposition.

3. The deposition of James Peterson was scheduled to occur on January 24, 2019, in Washington, D.C. That deposition was cancelled by the defense after the government produced additional discovery critical to that deposition (for which privilege had previously been claimed) late on the afternoon before the deposition. (*See* Statement on the Record (James Peterson), attached as Exhibit 3.)

4. The deposition of James Peterson has been rescheduled by agreement for February 8, 2019, in Washington, D.C.

5. The deposition of Amanda Haines is scheduled by agreement for February 11, 2019, in Hyannis, Massachusetts.

6. Counsel will update the Court further when the above depositions have occurred.

                              Respectfully submitted,

*S/Nathan D. Chambers*
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 825-2222
Facsimile: (303) 825-4010
nchambers@nathanchamberslaw.com

*S/Patrick J. Burke*
Patrick J. Burke
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 825-3050
Facsimile: (303) 825-2992
Patrick-J-Burke@msn.com

*S/Monica Foster*
Monica Foster
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Telephone: 317-383-3520
Facsimile: 317-383-3525
Monica_Foster@fd.org

*S/Gwendolyn M. Beitz*
Gwendolyn M. Beitz
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Telephone: 317-383-3520
Facsimile: 317-383-3525
Gwendolyn_Beitz@fd.org

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing DEFENSE STATUS REPORT was filed electronically this 31st day of January 2019.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*S/Monica Foster*
Monica Foster.