# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) |
| vs. | ) CAUSE NO. 2:16-cr-00018-WTL-CMM |
| | ) |
| ANDREW N. ROGERS, | ) |
| | ) |
|    *Defendant*. | ) |

## GOVERNMENT'S NOTICE TO THE COURT

The United States of America ("the government"), by counsel, respectfully provides this notice to the Court, and states as follows:

1. On January 15, 2019, the government filed a motion for extension of time in which to comply with the Court's Entry on [Defendant's] Motion for Specific Discovery dated December 18, 2018 ("12/18/18 Order") (Dkt. 250).

2. In its motion, the government among other things proffered that the Capital Case Section ("CCS") was evaluating whether to seek review of the 12/18/18 Order with respect to production of materials it believed to be privileged. (Dkt. 268, ¶¶ 6-7.) The government also proposed in its motion that "[i]f a decision on review is made prior to March 1, 2019, the Government will notify the Court immediately." (Dkt. 268, ¶ 11.)

3. Consistent with the government's motion, the government respectfully notifies the Court that CCS will not be seeking review of the Court's 12/18/18 Order.

4. The government further notifies the Court that it anticipates disclosing items for which it will assert any privilege claims under the terms set forth in the Court's 12/18/18 Order and will continue its ongoing good-faith efforts to disclose all other discovery covered by the Order.

    Respectfully submitted

    JOSH J. MINKLER
    UNITED STATES ATTORNEY

By:  s/ *William L. McCoskey*
    William L. McCoskey
    Assistant United States Attorney

    s/ *Abhishek Kambli*
    Abhishek Kambli
    Assistant United States Attorney

CERTIFICATE OF SERVICE

    I further certify that on February 1, 2019, a copy of the foregoing Government's Notice to the Court.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        By:    s/ *William L. McCoskey*
                  William L. McCoskey
                  Assistant United States Attorney
                  Office of the United States Attorney
                  10 W. Market St., Suite 2100
                  Indianapolis, Indiana 46204-3048
                  Telephone: (317) 226-6333
                  Email: william.mccoskey@usdoj.gov