

Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   <u>*Touhy* affidavit regarding pretrial testimony of Rich Burns regarding *United States*</u>
<u>*v. Andrew Rogers*, 16-cr-0018-WTL-CMM</u>

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Rich Burns is a witness regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Mr. Burns as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

---

3.  Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.  Information relating to complaints or concerns of Amanda Haines in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.  Information relating to communications between the U.S. Attorney's Office for the Southern District of Indiana and the Capital Case Section of the Department of Justice regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

Further affiant sayeth naught,

Monica Foster



**Indiana Federal Community Defenders**

Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   _Touhy_ affidavit regarding pretrial testimony of P. Kevin Carwile regarding _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

P. Kevin Carwile is a witness regarding the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.). Pretrial testimony is sought from Mr. Carwile as follows:

1. Information relating to any investigation(s) undertaken by James Peterson in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2. Information relating to any investigation(s) undertaken by James Warden in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.   Information relating to efforts by any Capital Case Section attorney to rebut assertions in the pre-authorization submissions of the U.S. Attorney for the Southern District of Indiana or the defense of Andrew Rogers in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.   Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.   Information relating to complaints or concerns of Amanda Haines in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

6.   Information relating to communications between the U.S. Attorney's Office for the Southern District of Indiana and the Capital Case Section of the Department of Justice regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

7.   Information relating to efforts to counter the intention of the U.S. Attorney's Office for the Southern District of Indiana to recommend against the death penalty.

8.   Information relating to any personal animus of Mr. Carwile toward Andrew Rogers.

9.   Information relating to memoranda submitted in November or December 2015 to the Deputy Attorney General or Attorney General or others at the "executive level" or "front office" of the Department of Justice regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

10. Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the Department of Justice Death-Penalty Authorization Protocol, including, but not limited to, practices relating to preferential treatment for cases from certain jurisdictions.

11. Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the "Ogden Memorandum," Deputy Attorney General David W. Ogden, Memorandum for Department Prosecutors: Guidance for Prosecutors Regarding Criminal Discovery (Jan. 4, 2010).

Further affiant sayeth naught,

Monica Foster



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:    _Touhy_ affidavit regarding pretrial testimony of Dr. Steven Eckert regarding _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Dr. Steven Eckert is a witness regarding the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Dr. Eckert as follows:

1.  Information relating to the mental health treatment of Andrew Rogers at FCC Terre Haute.

2.  Information relating to interviews of Dr. Eckert by Department of Justice personnel regarding Andrew Rogers.

3.  Information relating to other communications with Department of Justice personnel regarding Andrew Rogers.

    4.  Information relating to mental health diagnosis and treatment at USP Terre Haute in or around December 2013.


Further affiant sayeth naught,


Monica Foster

111 Monument Circle, Suite 3200, Indianapolis, Indiana 46204
Phone: (317) 383-3520
Facsimile: (317) 383-3525
www.indianafederaldefender.org



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   _Touhy_ affidavit regarding pretrial testimony of Barry Glickman regarding _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Barry Glickman is a witness regarding the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.). Pretrial testimony is sought from Mr. Glickman as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.   Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.   Information relating to representations made to the Court and the defense regarding the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.   Information relating to communications between the U.S. Attorney's Office for the Southern District of Indiana and the Capital Case Section of the Department of Justice regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

Further affiant sayeth naught,

Monica Foster



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   *Touhy* affidavit regarding pretrial testimony of Amanda Haines regarding *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

### AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Amanda Haines is a witness regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Ms. Haines as follows:

1.  Information relating to statements contained in the Declaration of Amanda Haines in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, *Rodriguez-Coss v. Sessions*, No. 3:16-cv-00633, Doc. 46-8 (D. Conn. Dec. 23, 2017).

2.  Information relating to communications with other Capital Case Section attorneys regarding *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

3.   Information relating to complaints by Ms. Haines, Julie Mosley, Bruce Hegyi, or Jeffrey Zick regarding *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.   Information relating to communications with attorneys for the U.S. Attorney's Office for the Southern District of Indiana regarding *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.   Information relating to the disclosure or non-disclosure of discoverable information in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

6.   Information relating to the investigative and discovery policies of the U.S. Department of Justice and sections or divisions within the Department of Justice.

7.   Information relating to the workload of the Capital Case Section of the Department of Justice in 2015 and 2016.

8.   Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the Department of Justice Death-Penalty Authorization Protocol, including, but not limited to, practices relating to preferential treatment for cases from certain jurisdictions.

9.   Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the "Ogden Memorandum," Deputy Attorney General David W. Ogden, Memorandum for Department Prosecutors: Guidance for Prosecutors Regarding Criminal Discovery (Jan. 4, 2010).

Further affiant sayeth naught,

Monica Foster



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   _Touhy_ affidavit regarding pretrial testimony of Jeffrey Kahan in _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## **AFFIDAVIT**

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Jeffrey Kahan is a witness regarding the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Mr. Kahan as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.  Information relating to the Declaration of James Peterson submitted as Docket 99-1 in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.  Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.  Information relating to communications with attorneys for the U.S. Attorneys Office for the Southern District of Indiana regarding disclosures of information in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

6.  Information relating to representations made to the Court and the defense regarding the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

7.  Information relating to communications between the U.S. Attorney's Office for the Southern District of Indiana and the Capital Case Section of the Department of Justice regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

8.  Information relating to any personal animus of P. Kevin Carwile toward Andrew Rogers.

9.  Information relating to efforts to counter the intention of the U.S. Attorney's Office for the Southern District of Indiana to recommend not seeking the death penalty in the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

10. Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the Department of Justice Death-Penalty Authorization Protocol, including, but not limited to, practices relating to preferential treatment for cases from certain jurisdictions.

11. Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the "Ogden Memorandum," Deputy Attorney General David W. Ogden, Memorandum for Department Prosecutors: Guidance for Prosecutors Regarding Criminal Discovery (Jan. 4, 2010).

Further affiant sayeth naught,

Monica Foster

111 Monument Circle, Suite 3200, Indianapolis, Indiana 46204
Phone: (317) 383-3520
Facsimile: (317) 383-3525
www.indianafederaldefender.org



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   *Touhy* affidavit regarding pretrial testimony of Bruce Hegyi in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## **AFFIDAVIT**

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Bruce Hegyi is a witness regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Mr. Hegyi as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.   Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.   Information relating to complaints or concerns of or allegations of misconduct by any Capital Case Section attorney in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.   Information relating to the 2016 management review of the Capital Case Section of the Department of Justice.

6.   Information relating to unprofessional or unethical conduct in the Capital Case Section of the Department of Justice and investigations thereof.

7.   Information relating to any personal animus of P. Kevin Carwile toward Andrew Rogers.

8.   Information relating to the workload of the Capital Case Section of the Department of Justice in 2015 and 2016.

9.   Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the Department of Justice Death-Penalty Authorization Protocol, including, but not limited to, practices relating to preferential treatment for cases from certain jurisdictions.

10. Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the "Ogden Memorandum," Deputy Attorney General David W. Ogden, Memorandum for Department Prosecutors: Guidance for Prosecutors Regarding Criminal Discovery (Jan. 4, 2010).

Further affiant sayeth naught,

Monica Foster



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   *Touhy* affidavit regarding pretrial testimony of Gwynn X. Kinsey in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## **AFFIDAVIT**

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Gwynn X. Kinsey is a witness regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Mr. Kinsey as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.   Information relating to efforts by any Capital Case Section attorney to rebut assertions in the pre-authorization submissions of the U.S. Attorney for the Southern District of Indiana or the defense of Andrew Rogers in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.   Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.   Information relating to complaints or concerns of any Capital Case Section attorney in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

6.   Information relating to communications between the U.S. Attorney's Office for the Southern District of Indiana and the Capital Case Section of the Department of Justice regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

7.   Information relating to efforts to counter the intention of the U.S. Attorney's Office for the Southern District of Indiana to recommend not seeking the death penalty in the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

8.   Information relating to any personal animus of P. Kevin Carwile toward Andrew Rogers.

9.   Information relating to memoranda submitted in November or December 2015 to the Deputy Attorney General or Attorney General or others at the "executive level" or "front office" of the Department of Justice regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

10. Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the Department of Justice Death-Penalty Authorization Protocol, including, but not limited to, practices relating to preferential treatment for cases from certain jurisdictions.

11. Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the "Ogden Memorandum," Deputy Attorney General David W. Ogden, Memorandum for Department Prosecutors: Guidance for Prosecutors Regarding Criminal Discovery (Jan. 4, 2010).

Further affiant sayeth naught,

Monica Foster

111 Monument Circle, Suite 3200, Indianapolis, Indiana 46204
Phone: (317) 383-3520
Facsimile: (317) 383-3525
www.indianafederaldefender.org



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   *Touhy* affidavit regarding pretrial testimony of Josh Minkler regarding *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## <u>AFFIDAVIT</u>

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Josh Minkler is a witness regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Mr. Minkler as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.  Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.  Information relating to representations made to the Court and the defense regarding the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.  Information relating to the original position of the U.S. Attorney's Office for the Southern District of Indiana to recommend against seeking the death penalty in the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

6.  Information relating to the later position of the U.S. Attorney's Office for the Southern District of Indiana to recommend in favor of seeking the death penalty in the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

7.  Information relating to efforts by the Capital Case Section to counter the intention of the U.S. Attorney's Office for the Southern District of Indiana to recommend against seeking the death penalty in the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

8.  Information relating to Mr. Minkler's statement to the Deputy Attorney General that Mr. Rogers was not mentally ill prior to, during, or after the homicide at issue in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

9.  Information relating to Mr. Minkler's statement to the Deputy Attorney General that medical records did not support the opinion of FCC Terre Haute Chief Psychologist that the case against Andrew Rogers was not appropriate for the death penalty because there were some issues with Mr. Rogers' mental health treatment and medical records would provide fertile grounds for cross-examination.

10. Information relating to communications between the U.S. Attorney's Office for the Southern District of Indiana and the Capital Case Section of the Department of Justice, including, but not limited to, communications between Mr. Minkler and P. Kevin Carwile, regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

Further affiant sayeth naught,

Monica Foster



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   _Touhy_ affidavit regarding pretrial testimony of Julie Mosley in _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## **AFFIDAVIT**

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Julie Mosley is a witness regarding the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.). Pretrial testimony is sought from Ms. Mosley as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

111 Monument Circle, Suite 3200, Indianapolis, Indiana 46204
Phone: (317) 383-3520
Facsimile: (317) 383-3525
www.indianafederaldefender.org

3.  Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.  Information relating to complaints or concerns of or allegations of misconduct by any Capital Case Section attorney in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.  Information relating to the 2016 management review of the Capital Case Section of the Department of Justice.

6.  Information relating to unprofessional or unethical conduct in the Capital Case Section of the Department of Justice and investigations thereof.

7.  Information relating to any personal animus of P. Kevin Carwile toward Andrew Rogers.

8.  Information relating to the workload of the Capital Case Section of the Department of Justice in 2015 and 2016.

9.  Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the Department of Justice Death-Penalty Authorization Protocol, including, but not limited to, practices relating to preferential treatment for cases from certain jurisdictions.

10. Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the "Ogden Memorandum," Deputy Attorney General David W. Ogden, Memorandum for Department Prosecutors: Guidance for Prosecutors Regarding Criminal Discovery (Jan. 4, 2010).

Further affiant sayeth naught,

Monica Foster



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:    <u>Touhy</u> affidavit regarding pretrial testimony of FBI Special Agent Jacob Overton
       regarding <u>United States v. Andrew Rogers</u>, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Jacob Overton is a witness regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Agent Overton as follows:

1.  Information relating to interviews by Agent Overton of medical or mental health personnel currently or formerly employed by the Bureau of Prisons in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

2.  Communications with attorneys for the Department of Justice Capital Case Section or the U.S. Attorney's Office for the Southern District of Indiana relating to interviews of medical or mental health personnel currently or formerly employed by the

Bureau of Prisons in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

Further affiant sayeth naught,

Monica Foster



**Indiana Federal Community Defenders**

Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   _Touhy affidavit regarding pretrial testimony of James D. Peterson regarding_
      _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

James D. Peterson is a witness regarding the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.). Pretrial testimony is sought from Mr. Peterson as follows:

1. Information relating to statements contained in the Declaration of James D. Peterson, dated February 5, 2018, and exhibits thereto, submitted by the government as Dkt. 99-1.

2. Information relating to any investigation(s) undertaken by James Peterson in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

111 Monument Circle, Suite 3200, Indianapolis, Indiana 46204
Phone: (317) 383-3520
Facsimile: (317) 383-3525
www.indianafederaldefender.org

3. Information relating to any investigation(s) undertaken by James Warden in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

4. Information relating to communications with other Capital Case Section attorneys regarding *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5. Information relating to communications with attorneys for the U.S. Attorney's Office for the Southern District of Indiana regarding *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

6. Information relating to Mr. Peterson's knowledge of actions of Capital Case Section attorneys in relation to authorization for the death penalty in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

7. Information relating to the disclosure or non-disclosure of discoverable information in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

8. Information relating to Mr. Peterson's investigative and discovery policies.

9. Information relating to the investigative and discovery policies of the U.S. Department of Justice and sections or divisions within the Department of Justice.

10. Information relating to any investigation(s) of Mr. Peterson's conduct in relation to *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

Further affiant sayeth naught,

Monica Foster

111 Monument Circle, Suite 3200, Indianapolis, Indiana 46204
Phone: (317) 383-3520
Facsimile: (317) 383-3525
www.indianafederaldefender.org



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   <u>Touhy affidavit regarding pretrial testimony of Teresa Polinske in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM</u>

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## **AFFIDAVIT**

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Teresa Polinske is a witness regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.). Pretrial testimony is sought from Mr. Polinske as follows:

1.   Information relating to any investigation(s) undertaken by James Peterson in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.   Information relating to any investigation(s) undertaken by James Warden in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.   Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.   Information relating to representations made to the Court and the defense regarding the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.   Information relating to investigation and discovery practices of James Peterson.

Further affiant sayeth naught,

Monica Foster



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   _Touhy_ affidavit regarding pretrial testimony of Kevin Robert Schalburg in _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Kevin Robert Schalburg is a witness regarding the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Mr. Schalburg as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.   Information relating to the production of records relating to Andrew Rogers by the Bureau of Prisons to attorneys for the U.S. Attorney's Office for the Southern District of Indiana or the Capital Case Section of the U.S. Department of Justice and to inquiries for the production of such records.

Further affiant sayeth naught,

Monica Foster



**Indiana Federal Community Defenders**

Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   _Touhy_ affidavit regarding pretrial testimony of Joe Vaughn regarding _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Joe Vaughn is a witness regarding the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Mr. Vaughn as follows:

1.   Information relating to any investigation(s) undertaken by James Peterson in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.   Information relating to any investigation(s) undertaken by James Warden in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.   Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.   Information relating to representations made to the Court and the defense regarding the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.   Information relating to the original position of the U.S. Attorney's Office for the Southern District of Indiana to recommend against seeking the death penalty in the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

6.   Information relating to the later position of the U.S. Attorney's Office for the Southern District of Indiana to recommend in favor of seeking the death penalty in the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

7.   Information relating to efforts by the Capital Case Section to counter the intention of the U.S. Attorney's Office for the Southern District of Indiana to recommend against seeking the death penalty in the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

8.   Information relating to communications between the U.S. Attorney's Office for the Southern District of Indiana and the Capital Case Section of the Department of Justice regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

Further affiant sayeth naught,

Monica Foster



Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

Indiana Federal Community Defenders

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   _Touhy_ affidavit regarding deposition testimony of James Warden regarding _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

James Warden is a witness regarding the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Mr. Warden as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of _United States v. Andrew Rogers_, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.   Information relating to the positions of the United States Attorney's Office for the Southern District of Indiana regarding whether to seek imposition of the death penalty in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.   Information relating to the preparation of Mr. Warden's submission regarding his interview of Dr. Steven Eckert in the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

Further affiant sayeth naught,

Monica Foster



**Indiana Federal Community Defenders**

Monica Foster, Chief Federal Defender
William H. Dazey, Senior Assistant Federal Defender
Gwendolyn M. Beitz, Assistant Federal Defender
Joseph M. Cleary, Assistant Federal Defender
Michael J. Donahoe, Assistant Federal Defender
Dominic D. Martin, Assistant Federal Defender
Sara J. Varner, Assistant Federal Defender

March 25, 2019

William McCoskey
Abhishek S. Kambli
United States Attorney's Office
for the Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204
william.mccoskey@usdoj.gov
abhishek.kambli@usdoj.gov

Re:   *Touhy* affidavit regarding pretrial testimony of Jeffrey Zick in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM

Dear Messrs. McCoskey and Kambli:

This letter is an affidavit which serves to comply with 28 C.F.R. § 16.21-16.29, specifically, 28 C.F.R. § 16.23(c), which requires an affidavit or statement setting forth a summary of the testimony sought.

## AFFIDAVIT

I, Monica Foster, am the affiant and hereby swear and affirm as follows:

Jeffrey Zick is a witness regarding the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).  Pretrial testimony is sought from Mr. Zick as follows:

1.  Information relating to any investigation(s) undertaken by James Peterson in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

2.  Information relating to any investigation(s) undertaken by James Warden in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.) in November 2017.

3.  Information relating to the disclosure or non-disclosure of information favorable to the defense in *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

4.  Information relating to complaints or concerns of or allegations of misconduct by any Capital Case Section attorney in relation to the case of *United States v. Andrew Rogers*, 16-cr-0018-WTL-CMM (S.D. Ind.).

5.  Information relating to the 2016 management review of the Capital Case Section of the Department of Justice.

6.  Information relating to unprofessional or unethical conduct in the Capital Case Section of the Department of Justice and investigations thereof.

7.  Information relating to any personal animus of P. Kevin Carwile toward Andrew Rogers.

8.  Information relating to the workload of the Capital Case Section of the Department of Justice in 2015 and 2016.

9.  Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the Department of Justice Death-Penalty Authorization Protocol, including, but not limited to, practices relating to preferential treatment for cases from certain jurisdictions.

10. Information relating to practices of the Capital Case Section under P. Kevin Carwile regarding compliance or non-compliance with the "Ogden Memorandum," Deputy Attorney General David W. Ogden, Memorandum for Department Prosecutors: Guidance for Prosecutors Regarding Criminal Discovery (Jan. 4, 2010).

Further affiant sayeth naught,

Monica Foster