UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | Cause No. 2:16-cr-0018-WTL-CMM |
| ANDREW N. ROGERS, | ) ) ) | |
| Defendant. | ) ) | |

**O R D E R**

Upon consideration of the Government's Second Motion for Extension of Time, the Court concludes that the Motion is well taken. It is therefore ORDERED that the Government must comply with the Court's December 4, 2018, Order ("12/04/18 Order" at Docket No. 242) as to Items 26, 38, 42, 46, 53, 54, 64, 73, 75, 78, 83, 91, 101, 103, 108, 109, 124, 126, 133, 134, 135, 136, 145, 146, 148, 149, 150, 154, 155, 157, 158, 170, and 220 by no later than May 15, 2019.

SO ORDERED.

Date: 5/1/2019

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the Court's ECF System