UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) Cause No. 2:16-cr-0018-WTL-CMM ) |
| ANDREW N. ROGERS, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

Upon consideration of the parties' Joint Motion To Forego Presentence Investigation Report, the Court concludes that the Motion is well taken. The Court finds that, consistent with Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure, the information in the record enables the Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and will permit the Court to explain its finding on the record.

It is therefore ORDERED that, pursuant to Rule 32(c)(1)(A)(ii), the plea and sentencing in this matter, set for May 3, 2019, shall proceed without preparation and submission of a Presentence Investigation Report by United States Probation.

SO ORDERED.

Date: 5/3/2019

_William T. Lawrence_
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF System