UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:16-cr-00018-JRS-MG |
| | ) | |
| ANDREW N. ROGERS, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO OBJECT TO MAGISTRATE JUDGE'S ORDER [DKT. 424] AND TO SET BRIEFING SCHEDULE**

The United States moves, pursuant to Rule 59 of the Federal Rules of Criminal Procedure, to file objections to the Magistrate Judge's order in this cause at docket 424, which orders the unsealing of redacted transcripts of depositions taken in this case. Because the United States is objecting to the Magistrate Judge's order, Mr. Rogers seeks to file objections to the order when responding to the government's objections.

The United States (with the agreement of the defense) also requests that the Court enter an order, as proposed herein, setting a briefing schedule for the parties' various objections.

**Procedural Background**

**A.     Andrew Rogers' Criminal Case**

1. On May 17, 2016, the grand jury indicted Defendant Andrew N. Rogers with First Degree Murder in violation of 18 U.S.C. § 1111 for the murder of his fellow inmate at the Federal Correctional Complex at Terre Haute. (Dkt. 1.) Shortly thereafter, the United States filed a Notice of Intent to Seek the Death Penalty ("Notice of Intent"). (Dkt. 13.)

2. Among other proceedings in this cause, Mr. Rogers moved to strike the Notice of Intent based on alleged government wrongdoing. (Dkt. 92.) The Court granted Mr. Rogers'

requests to take depositions of four individuals and obtain other specific discovery. (Dkts. 114, 135, 242, and 243.) Rogers filed with the Court under seal transcripts and/or audio/video of the depositions and contemporaneously moved to maintain the deposition materials under seal because "[t]he documents contain information not for public review." (Dkts. 288-291, 296-300). The Court granted Mr. Rogers' motions to maintain these records under seal for the reasons set forth in Rogers' motions. (Dkts. 292, 301.)

       3.       On May 3, 2019, the United States moved to withdraw its Notice of Intent (Dkt. 393) and contemporaneously filed a Plea Agreement signed by the parties (Dkt. 392). That same day, the Court accepted Mr. Rogers' plea of guilty to First Degree Murder and imposed sentence of life imprisonment. (Dkt. 395.) On May 8, 2019, the Court entered Judgment accordingly. (Dkt. 396.)

**B.    Initiation of Litigation regarding Rogers' Motion to Unseal Depositions**

       4.       In 2014, Defendant Charles Hall was convicted and sentenced to death in the Western District of Missouri for the murder of a fellow inmate at a United States Medical Center for Federal Prisoners. *See United States v. Hall*, 6:10-cr-03029-BCW-2 (W.D. Mo.) (Dkt. 898). Following an unsuccessful direct appeal and petition for certiorari, Mr. Hall filed a post-conviction § 2255 action in the Western District of Missouri. *See Hall v. United States*, 4:21-cv-08001-BCW (W.D. Mo.).

       5.       In furtherance of Mr. Hall's post-conviction § 2255 claim, Mr. Hall filed a motion in the Southern District of Indiana to unseal the depositions in the instant cause, *United States v. Rogers*, 2:16-cr-00018-JRS-MG. *See In re: Charles Hall*, 2:23-mc-00001-JRS-MG (Dkts. 1 and 2).

6. Shortly after Mr. Hall filed his motion to unseal the depositions, Mr. Rogers filed his own motion to unseal the depositions and a motion for joinder in Mr. Hall's motion to unseal. *See In re: Charles Hall*, 2:23-mc-00001-JRS-MG (Dkt. 5). Mr. Rogers also filed a motion to unseal depositions in the instant original criminal case, *United States v. Rogers*, 2:16-cr-00018-JRS-MG (Dkt. 407).

7. Ultimately, Mr. Hall's death sentence was commuted to life imprisonment by an Executive Grant of Clemency. *See United States v. Hall*, 6:10-cr-03029-BCW-2 (W.D. Mo.) (Dkt. 974). Accordingly, Mr. Hall voluntarily dismissed his post-conviction § 2255 action. *See Hall v. United States*, 4:21-cv-08001-BCW (W.D. Mo.) (Dkts. 96-97).

C. **Proceedings on the Motion(s) to Unseal Depositions**

8. Litigation regarding the motions to unseal depositions occurred before U.S. Magistrate Judge Garcia.[1] Judge Garcia set briefing schedules, which the parties complied with. *See In re: Charles Hall*, 2:23-mc-00001-JRS-MG (Dkts. 6, 10, 11, 15, 16).

9. On September 12, 2024, following a status conference, Judge Garcia entered an order denying Mr. Rogers' and Mr. Hall's motions without prejudice and ordering the parties to meet and confer regarding potential redactions to the depositions. (*Id.* at Dkts. 19-20.) Judge Garcia further ordered, among other things, that if the parties could not come to agreement on redactions, then Mr. Rogers could re-file his motion to unseal. (*Id.* at Dkt. 20.)

---

[1] The record does not reflect that the District Court referred the litigation over the motion(s) to unseal depositions to a magistrate judge pursuant to Rule 59(a) of the Federal Rules of Criminal Procedure or 28 U.S.C. § 636(b)(1)(A). Nevertheless, the parties and Magistrate Judge Garcia proceeded as through such a referral had been made.

10. Judge Garcia's order was also simultaneously docketed in the instant cause, *United States v. Rogers*, 2:16-cr-00018-JRS-MG (Dkt. 413). The litigation continued under that cause number.[2]

11. The parties met and conferred as directed but were unable to reach agreement regarding the unsealing of the depositions. On November 18, 2024, Mr. Rogers filed a motion renewing his motion to unseal, which, as noted above, was filed at docket 407. (Dkt. 416.) On December 20, 2024, the United States filed its response in opposition to Mr. Rogers' motion to unseal (Dkt. 420). The United States filed a supplement to that response on December 30, 2024 (Dkt. 421), and Mr. Rogers filed a reply in support of his motion on January 3, 2025 (Dkt. 422).

12. On January 16, 2025, Judge Garcia ordered the parties to meet and confer once again regarding potential redactions. Judge Garcia further ordered the United States to supply proposed redactions to Judge Garcia *in camera*, with a copy to Mr. Rogers so that he may provide objections to Judge Garcia *in camera*. (Dkt. 423.) The parties complied with the order.

13. On September 26, 2025, Judge Garcia issued an order granting in part and denying in part Mr. Rogers' motion to unseal depositions. (Dkt. 424.) The order required certain redactions to certain of the depositions. It also required the parties to meet and confer regarding redaction of personally identifying information, and then file the redacted copies of the depositions, unsealed, on the public docket. (*Id.*)

**Unopposed Motion to File Objections and Set Briefing Schedule**

14. Magistrate Judge Garcia's order on September 26, 2025, filed at docket 424, is a final written order on Mr. Rogers' motion to unseal depositions.

---

[2] Although it appears to remain an active cause, no further filings have been made in *In re: Charles Hall*, 2:23-mc-00001-JRS-MG.

15. Rule 59(a) of the Federal Rules of Criminal Procedure provides:

> A party may serve and file objections to the order within 14 days after being served with a copy of a written order or after the oral order is stated on the record, or at some other time the court sets. The district judge must consider timely objections and modify or set aside any part of the order that is contrary to law or clearly erroneous.

*See also* 28 U.S.C. § 636(b)(1)(A) ("A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.")

16. The United States seeks to file objections to Judge Garcia's order at docket 424 pursuant to Rule 59(a).

17. The parties have conferred regarding this matter. Counsel for the United States conveyed to counsel for Mr. Rogers its intention to file objections. In response, counsel for Mr. Rogers conveyed that if the United States intended to object, Mr. Rogers, too, wanted an opportunity to file his objections.

18. The parties further conferred regarding a proposed briefing schedule. Consistent with briefing schedules for appeals and cross-appeals, *see* Federal Rule of Appellate Procedure 28.1(b)(1)-(4), and with the agreement of defense counsel, the United States proposes the following schedule for the parties' briefing of their respective objections:

    a. The United States files its opening brief containing its objections, due within 30 days of the Court's order;

    b. Mr. Rogers files his opening brief containing his objections and his response to the United States' objections, due 30 days later;

    c. The United States files a brief containing its response to Mr. Rogers' objections and a reply to Mr. Rogers' response to its objections, due 30 days later; and

      d.      Mr. Rogers files a reply to the United States' response to his objections, due 15 days later.

WHEREFORE, the United States respectfully requests that the Court grant its unopposed motion to file objections to the Magistrate Judge's order at docket 424 consistent with the proposed agreed briefing schedule.

Respectfully Submitted,

THOMAS E. WHEELER II
UNITED STATES ATTORNEY

By:    /s/ William L. McCoskey
William L. McCoskey
Assistant United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
(317) 226-6333
william.mccoskey@usdoj.gov

Aaron J. Stewart
Trial Attorney
U.S. Department of Justice
Criminal Division
1331 F Street NW
Washington D.C., DC 20004
(202) 320-4385
aaron.j.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **October 8, 2025,** the foregoing was electronically filed with the Court. Notice and service of this filing will be sent to the following attorney via the Court's CM/ECF system.

Monica Foster
Italia Patti
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520
monica_foster@fd.org
italia.patti@fd.org

*Counsel for Andrew N. Rogers*

By:   /s/ William L. McCoskey
William L. McCoskey
Assistant United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
(317) 226-6333
william.mccoskey@usdoj.gov